United States District Court
Southern District of Texas
**ENTERED**
October 19, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **JONATHAN JOSUE GONZALEZ LOPEZ,** | § | |
| | § | |
| ***Petitioner*,** | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:26-cv-08792** |
| | § | |
| **RAYMOND THOMPSON, *et al.*,** | § | |
| | § | |
| ***Respondents.*** | § | |

**ORDER**

On Tuesday, October 13, 2026, this Court issued an order granting Petitioner's petition for writ of Habeas Corpus in part, denying Respondents' Motion to Stay, and to Dismiss/for Summary Judgment, ordering that Petitioner be released from immigration custody within 48 hours, and requiring Respondents to file an advisory with the Court "**on or before October 15, 2026,**" regarding the status of Petitioner's release. ECF No. 5 (emphasis in original). On Monday, October 19, 2026, the Court was informed via an email from Petitioner's wife that, as of October 17, 2026, Petitioner remains in immigration custody. As of the time of issuing this order, the Court has not received any advisory regarding the status of Petitioner's release.

Accordingly, Respondents are hereby **ORDERED** to file an advisory regarding the status of Petitioner's release per the October 13, 2026, order **within 24 hours.**

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 19th of October, 2026.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE